In the Matter of the Claim of MARY A. EBERT, Respondent, against PITEGOFF BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of LOUISE ROFOT, Respondent, against GENERAL ICE CREAM CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of COMMISSIONER OF TAXATION AND FINANCE on Account of the Death of CHARLES F. BRYE, Deceased Employee, Respondent, against COMSTOCK LUMBER COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the award rests on the uncorroborated hearsay testimony of the deceased employee. Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.

In the Matter of the Claim of FRANCES WALTERS, Respondent, against GOLD-BERGER-RAABIN CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted with costs against the State Industrial Board to abide the event, on the ground that the medical testimony in support of the award is in the form of a verified report or affidavit which is disputed by the oral testimony of a physician called by the appellants. (*Matter of Magna* v. *Hegeman Harris Co.*, 258 N. Y. 82.) Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.

In the Matter of the Claim of ADAM CIESLA, Respondent, against FISHER BODY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.